IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAURIE SNELL PARNELL, | ) CIVIL ACTION |
| | ) |
| Plaintiff, | ) Case No.: 2:20-cv-01837-WSH |
| | ) |
| v. | ) The Hon. W. Scott Hardy |
| | ) |
| AMERICAN WARRIOR INITIATIVE, and FAIRWAY INDEPENDENT MORTGAGE CORPORATION, | ) *Electronically Filed and Served via CM/ECF* |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' MOTION TO COMPEL ARBITRATION
AND STAY RESPONSIVE PLEADING DEADLINE**

Defendants, American Warrior Initiative ("**AWI**") and Fairway Independent Mortgage Corporation ("**Fairway**") (collectively the "**Defendants**"), by and through their undersigned counsel, respectfully move this Honorable Court to Compel Arbitration of Plaintiff's Complaint (ECF 1) based upon the Arbitration Provision in the Employee Handbook agreed upon by and between Plaintiff and Fairway (ECF 12, Ex. C. p. 17). Further, Defendants also respectfully request that Defendants' deadline to respond to Plaintiff's Complaint be stayed while the within Motion to Compel Arbitration is pending.

Defendants incorporate by reference their Brief in Support of Motion to Compel Arbitration being contemporaneously filed with this Motion as if fully set forth at length herein. (ECF 11).

Defendants also incorporate by reference the Declaration of Alicia Anderson, Esquire, Corporate Employment Counsel, Fairway Independent Mortgage Corporation, being contemporaneously filed with this Motion as if fully set forth at length herein. (ECF 12).

- 1 -

Defendants sought Plaintiff's position regarding concurrence in this Motion prior to filing, and Plaintiff's position was unknown at the time of filing.

WHEREFORE, Defendants, American Warrior Initiative and Fairway Independent Mortgage Corporation, respectfully request that this Honorable Court grant their Motion to Compel Arbitration. A proposed Order is attached.

                                                    Respectfully Submitted,

                                                    **DILLON, MCCANDLESS, KING,**
                                                    **COULTER & GRAHAM, L.L.P.**

Dated:  February 1, 2021                 By: /s/ Thomas W. King, III
                                                      Thomas W. King, III
                                                      PA. I.D. No. 21580
                                                      tking@dmkcg.com

                                                  128 West Cunningham St.
                                                  Butler, PA 16001

                                                  *Counsel for Defendants, American Warrior*
                                                  *Initiative and Fairway Independent*
                                                  *Mortgage Corporation*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of **Defendants' Motion to Compel Arbitration and Stay Responsive Pleading Deadline** has been served upon all counsel of record via CM/ECF this 1st day of February, 2021.

/s/ Thomas W. King, III
Thomas W. King, III